1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

5  
   Attorney for Defendant
6  WAYNE ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:09-cr-0386 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION CONTINUING STATUS CONFERENCE; ORDER THEREON |
| v. | ) | |
| WAYNE ALLEN, | ) | Date: March 1, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Wayne Allen, that the status conference currently set for February 16, 2010 at 9:00 a.m. **may be continued to March 1, 2010, at 9:00 a.m.**

This stipulation is entered into at the defendant's request in order to complete investigation and plea negotiations. Assistant United States Attorney, Kimberly Sanchez, does not oppose this continuance.

This continuance will conserve time and resources for both parties and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATED: February 11, 2010          By:  /s/ *Kimberly Sanchez*
                                              KIMBERLY SANCHEZ
                                              Assistant United States Attorney
                                              Counsel for Plaintiff

                                      DANIEL J. BRODERICK
                                      Federal Defender

DATED: February 11, 2010          By:  /s/ *Victor M. Chavez*
                                              VICTOR M. CHAVEZ
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              Wayne Allen

## ORDER

IT IS SO ORDERED.

**Dated:   February 11, 2010**              **/s/ Anthony W. Ishii**
                                            CHIEF UNITED STATES DISTRICT JUDGE