1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Counsel for Defendant
   WAYNE ALLEN

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  Case No.  1:09-cr-00386-DAD-1
                                    )
12           *Plaintiff,*           )  STIPULATION AND ORDER
                                    )  TO CONTINUE SENTENCING DATE
13     vs.                          )
                                    )
14 WAYNE ALLEN,                     )  DATE:  December 5, 2016
                                    )  TIME:   10:00 a.m.
15           *Defendant.*           )  JUDGE: Hon. Dale A. Drozd
   _____ )

16

17        **IT IS HEREBY STIPULATED** by and between the parties through their respective

18 counsel, Assistant United States Attorney, Kimberly A. Sanchez, counsel for plaintiff, and

19 Assistant Federal Defender, Victor M. Chavez, counsel for defendant Wayne Allen, that the

20 current date for sentencing be reset from November 7, 2016 to December 5, 2016 at 10:00 a.m.,

21 before the Honorable Dale A. Drozd.

22        The reason for this continuance is that Mr. Allen is interviewing with Delancey Street

23 program and the continuance will allow us to have that outcome.

24 //

25 //

26 //

27 //

28 //

1

Respectfully submitted,

2

3

PHILLIP A. TALBERT
Acting United States Attorney

4

5   Dated:  November 3, 2016          */s/ Kimberly A. Sanchez*
                                       KIMBERLY A. SANCHEZ
6                                      Assistant United States Attorney
                                       Attorney for Plaintiff
7

8

HEATHER E. WILLIAMS
9                                      Federal Defender

10

11  Dated:  November 3, 2016          */s/ Victor M. Chavez*
                                       VICTOR M. CHAVEZ
12                                     Assistant Federal Defender
                                       Attorney for Defendant
13                                     WAYNE ALLEN

14

15

16                              **O R D E R**

17          After reviewing the parties' stipulation and for good cause shown, **t**he sentencing hearing

18  regarding violation of supervised release as to Wayne Allen previously set for November 7, 2016,

19  is continued to **December 5, 2016, at 10:00 a.m.** in Courtroom 5 before District Judge Dale A.

20  Drozd.

21

22  IT IS SO ORDERED.

23      Dated:   **November 3, 2016**

24                                     UNITED STATES DISTRICT JUDGE

25

26

27

28