UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAYNE ALLEN,<br><br>　　　　　Defendant. | Case No.  1:09-cr-00386-DAD<br><br><br>ORDER OF RELEASE TO DELANCEY STREET |

The above named defendant having been sentenced on December 19, 2016, to 67 days custody (Court deems TIME WILL BE SERVED on December 20, 2016), followed by 30 months supervised release,

The defendant shall be released from Lerdo on Tuesday, December 20, 2016, at 10:00am to a representative of the Federal Defender's office for immediate transportation to Delancey Street.  Judgment and Commitment Order to follow.

IT IS SO ORDERED.

Dated:   **December 19, 2016**　　　　　　　　　_Dale A. Drozd_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1